UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ROBERTO SANCHEZ, et. al. ) | No.    08 CR 521<br><br>Judge Susan E. Cox |

**ATTORNEY DESIGNATION**

    Please take notice that the undersigned Assistant United States Attorney is designated in the above-captioned case.

                                       Respectfully submitted,

                                       PATRICK J. FITZGERALD
                                       United States Attorney

                By:    *s/ Renato Mariotti*
                       RENATO MARIOTTI
                       Assistant United States Attorney
                       219 South Dearborn Street
                       Chicago, Illinois 60604
                       (312) 886-7855

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on July 7, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                           s/ *Renato Mariotti*
                                                         RENATO MARIOTTI
                                                         Assistant United States Attorneys
                                                         219 South Dearborn
                                                         Chicago, Illinois  60604
                                                         (312) 886-7855