UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Roberto Sanchez -1

Case 08CR521-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
JUN 30 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

| SIGNATURE | s/ [signature] |
|---|---|
| FIRM | Michael J. Levinsohn |
| STREET ADDRESS | 734 N. Wells |
| CITY/STATE/ZIP | Chicago IL 60654 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6225452 |
| TELEPHONE NUMBER | 312 919-0200 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☒ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☒ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☒     APPOINTED COUNSEL ☐