**FILED**
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES ■ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **JUDGE CONLON** 08cr521 USA vs Sanchez, et al

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☐ YES ■ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   08 CR 521    **MAGISTRATE JUDGE COX**

3) Is this a re-filing of a previously dismissed indictment or information?    NO ■ YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ■ YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?    NO ■ YES ☐

6) What level of offense is this indictment or information?    FELONY ■ MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**    NO ■ YES ☐

8) Does this indictment or information include a conspiracy count?    NO ☐ YES ■

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .......... (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud .......... (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ......... (II) | ☐ Other Fraud .......... (III) | ☐ Immigration Laws ......... (IV) |
   | ☐ Post Office Robbery ... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws . (IV) |
   | ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ......... (IV) |
   | ☐ Assault ............ (III) | ☐ Forgery .......... (III) | ☐ Motor Carrier Act ......... (IV) |
   | ☐ Burglary ........... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft .... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement .. (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ....... (III) |
   | ☐ Other Embezzlement .. (III) | ■ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    LELA D. JOHNSON
    Assistant United States Attorney