# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE CONLON | Sitting Judge If Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 521 | DATE | July 23, 2008 |
| CASE TITLE | US v. ROBERTO SANCHEZ, et al. MAGISTRATE JUDGE COX | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

## GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge 

**DOCKET ENTRY:**

DETENTION ORDER PREVIOUSLY ISSUED IN 08 CR 521 TO STAND AS TO ROBERTO SANCHEZ AND ROUAL GALLEGOS ROJAS. BOND SET IN 08 CR 0521 WITH SPECIAL CIRCUMSTANCES TO STAND AS BOND IN THIS INSTANCE AS TO MARIO DIAZ AND JAVIER CHAVEZ.

**FILED**
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                   UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy initials | Date/time received in Central Clerk's office | | | |