## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 1 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. Roberto Sanchez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest 6/28/08. Government advised the Court that the Defendant signed a waiver. Defendant informed of his rights. Michael Levinsohn is given leave to file his appearance as retained counsel for defendant. Defendant waives preliminary examination. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant waives detention hearing. Order defendant detained as a risk of flight. Government's motion for protective order as to Mr. Sanchez is granted. Enter protective order.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | VKD |
|---|---|---|