UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 521 |
| | ) | |
| v. | ) | |
| | ) | Judge Suzanne B. Conlon |
| ROBERTO SANCHEZ, et al. | ) | |

## NOTICE OF FILING

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on August 18, 2008, the undersigned filed with the Clerk of this Court the following document in the above captioned case: **GOVERNMENT'S CONSOLIDATED MOTIONS *IN LIMINE***

        Respectfully submitted,

        PATRICK J. FITZERGALD
        United States Attorney

By: /s/ Lela D. Johnson
     LELA D. JOHNSON
     Assistant United States Attorney

STATE OF ILLINOIS  )
                       ) SS
COUNTY OF COOK  )

     Deborah A. Cingrani, being first duly sworn on oath, deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; and that on August 18, 2008, caused the foregoing Notice to be sent by ECF to the above-named individual(s) on said date.

        /s/ Deborah A. Cingrani