# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/19/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1), RAUL ROJAS (2), MARIO DIAZ (3), JAVIER CHAVEZ (4) | | |

**DOCKET ENTRY TEXT**

Government's motion for a protective order [46] is taken under advisement.

*Suzanne B. Conlon* (signature)

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

08CR521 UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1), RAUL ROJAS (2), MARIO DIAZ (3), JAVIER CHAVEZ (4)

Page 1 of 1