UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 521-1 |
| v. ) | |
| ) | Judge Conlon |
| ROBERTO SANCHEZ ) | |

### MOTION FOR CHANGE OF PLEA

The Defendant Roberto Sanchez, by his Attorney, Michael J. Levinsohn, moves the Court to allow him to change his plea of not guilty to one of guilty. In support the Defendant states:

1. The Defendant has previously pleaded not guilty to the above offense and wishes to plead guilty.

2. Although the Defendant has met with the government and its agents, there is no plea agreement at this time.

3. Due to counsel's court schedule, the Defendant is seeking September 2nd, 3rd, 4th, or 8th in the afternoon for a change of plea.

WHEREFORE the Defendant asks that the Court grant his motion and schedule a change of plea.

Respectfully submitted,

s/ Michael J. Levinsohn
Michael J. Levinsohn
Attorney for the Defendant
734 N. Wells Street
Chicago, IL 60654
(312) 919-0200

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v.                                    )<br>  )<br>ROBERTO SANCHEZ              ) | No. 08 CR 521-01<br><br>Judge Conlon |

### NOTICE OF FILING

Lela Johnson
Renato T. Mariotti
Assistant U.S. Attorney
219 S. Dearborn
Chicago, Illinois 60604

      PLEASE TAKE NOTICE that on August 22, 2008, I filed with the Clerk for the United States District Court, Northern District, Eastern Division, at 219 S. Dearborn, Chicago, Illinois, Defendant Roberto Sanchez's Motion to Change Plea, a copy of which is served upon you.

      Respectfully submitted,

      s/ Michael J. Levinsohn
      Michael J. Levinsohn
      Attorney for the Defendant
      734 N. Wells Street
      Chicago, IL 60654
      (312) 919-0200

### CERTIFICATE OF SERVICE

      Under penalties of perjury as provided in 28 U.S.C. § 1746, the undersigned certifies that he/she caused copies of the above and foregoing notice together with a copy of the above document therein referred, to each party to whom this Notice is directed by e-mail and U.S. mail service on August 22, 2008

      s/ Michael J. Levinsohn