# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1); RAUL GALLEGOS ROJAS (2); MARIO DIAZ (3); JAVIER CHAVEZ (4) | | |

**DOCKET ENTRY TEXT**

The government's consolidated motion in limine [58] is taken under advisement. Defendants shall respond by September 8, 2008. Defendant Javier Chavez' motion to appoint a Spanish language expert witness [62] is denied without prejudice for failure to submit a CJA appointment form identifying the expert, costs, etc. Chavez' "boilerplate" motions to produce *Brady* material [60], and for discovery [56] are stricken for failure to comply with Local Criminal Rule 16.1. Defendant Raul Gallegos Rojas' motion to adopt co-defendants' motions [54] is granted. His motion for "immediate" disclosure of favorable evidence [55] is denied as overbroad, as well as moot because of the government's agreement to produce favorable evidence if and when any such evidence is in its possession.

*Suzanne B. Conlon*

Notified counsel by telephone  Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|