## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 521 - 1 | **DATE** | 8/25/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. ROBERTO SANCHEZ (1), ET AL | | |

**DOCKET ENTRY TEXT**

Defendant Roberto Sanchez' motion for change of plea [71] is granted. Change of plea hearing is set on September 4, 2008 at 1:00 pm.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|